UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

DANTE C. COLLINS,

    Petitioner,

v.

PAUL HAINLINE,

    Respondent.

Case No.  17-cv-0099-NJV (PR)

**ORDER OF DISMISSAL**

This pro se habeas action was filed on January 9, 2017.  On that same day the court notified petitioner that he had neither paid the five dollar filing fee nor submitted a completed application for leave to proceed in forma pauperis ("IFP").  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.  Petitioner was informed that if he did not either pay the fee or file the application within twenty-eight days the case would be dismissed.  Petitioner has not paid the filing fee, filed an IFP application or otherwise communicated with the court.

This case is therefore **DISMISSED** without prejudice.  The clerk shall close this file. Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**.  *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA).

    **IT IS SO ORDERED.**

Dated: March 16, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge